

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2019

No. 04-18-00529-CR

Edward Earl **FULTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12590
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on February 1, 2019. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed a third motion for a seven-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on February 8, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court